UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JAMES P. GALLIVAN | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj353<br><br>WAIVED<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) 1

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 CFR 210 and FSS 322.34(1) | DRIVING WHILE LICENSE SUSPENDED WITHOUT KNOWLEDGE | 9/23/08 | 1 |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. Fine and Special assessment shall be paid on or before January 21, 2009.

| Assessment | Fine |
|---|---|
| $5.00 | $ 60.00 |

Date of Imposition of Sentence - 11/19/08

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 11-25-08